IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROGER LYNN MEADOWS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CIVIL ACTION 07-0463-WS-B** |
| | ) |
| **UNIROYAL CHEMICAL CO.,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

      This action is before the Court on plaintiff Roger Lynn Meadow's written notice (doc. 9) stating that he "will withdraw from the Court" and requesting that his written materials filed in this action be returned to him. (Doc. 9, at 1.) The Court construes this filing as a request for voluntary dismissal. Under Rule 41(a)(1), Fed.R.Civ.P., a plaintiff may dismiss an action without order of the court "by filing a notice of dismissal at any time before service by the adverse party of an answer ...." *Id.* The court file reflects that defendants have not yet filed an answer or otherwise appeared in this action. Accordingly, plaintiff's voluntary dismissal is effective pursuant to Rule 41(a)(1), and it is hereby **ordered** that this action is **dismissed**.[1] Plaintiff may obtain copies of documents and papers in the court file by contacting the Clerk's Office.

      DONE and ORDERED this 30th day of August, 2007.

      s/ WILLIAM H. STEELE
      UNITED STATES DISTRICT JUDGE

---

[1]   "[A] notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim." Rule 41(a)(1). It appears that plaintiff has previously withdrawn two actions based on or including the same claims presented in this action. *See Roger Lynn Meadows v. 97 Manufacturing Industrial Shipping Companies*, Civil Action 06-0468-WS-C, and *Roger Lynn Meadows v. 97 Shipping Companies*, Civil Action 03-0750-CG-M. Plaintiff is cautioned that future attempts to refile this action against any of the 93 defendants named herein will be subject to dismissal by operation of this Rule.